FILED FOR ENTRY
JAN 0 8 2018
PAUL BOYD, CLERK

IN THE PROBATE COURT OF SHELBY COUNTY, TENNESSEE

IN RE: ESTATE OF

KEITH PIGRAM

DECEASED.

NO.: PL0372

## ORDER APPOINTING ADMINISTRATRIX OF THE ESTATE OF KEITH PIGRAM

This cause came to be heard upon the sworn Petition of Queen Rose and Ronald Pigram, to appoint Ronnita Harris as Administratrix of the estate of Keith Pigram, Decedent, the testimony of the Petitioners, Queen Rose, Ronald Pigram testimony of the proposed Administratrix, Ronnita Harris, statements of counsel, the record as a whole, and;

It Appearing to the Court that Ronnita Haris is a resident of Desoto County, Mississippi, and that she is over the age of eighteen years, and the sister of the Decedent, the latter who disappeared on December 8, 2017, and who is presumed dead by the U.S. Coast Guard. Decedent died intestate as a resident of Memphis, Shelby County, Tennessee, leaving unliquidated claim for Wrongful Death which needs to be administered. Further it appearing that the only heirs of the estate are five (5) minor children of the Decedent, whose ages range between 11-14. Petitioners are the parents of the Decedent and they are unable to serve but request the Court to appoint their daughter, Ronnita Harris, to serve as Administratrix of this estate;

It Further Appearing to the Court that Ronnita Harris is a fit and proper person to act as Administratrix of the estate of said Decedent.



EXHIBIT A

It further appearing that circumstances warrant the finding and declaration that Keith Pigram is deceased.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Ronnita Harris be and she is hereby appointed Administratrix of the estate of Keith Pigram, deceased, and the Clerk of this Court is hereby ordered to issue Letters of Administration to her upon her taking the oath as the prescribed Administratrix with a minimal bond of $18,000.00 at this time.

JUDGE: _____

DATE: **JAN 0 8 2018**

APPROVED FOR ENTRY:

RUBY R. WHARTON #4543
1575 Madison Avenue
Memphis, TN  38104
(901) 726-6884
**ATTORNEY FOR ESTATE**

A TRUE COPY ATTEST
PAUL BOYD, CLERK
BY _____ D.C.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Order Appointing Administratrix of Estate has been forwarded via U.S. Mail or electronic mail, to the following next of kin, this the 8th day of January, 2018.

Natasha Gibson
1812 Wessex Drive #1
Memphis, Tennessee 38116.

Lakeesha Agnew
4568 Country Brook Drive
Memphis, Tennessee, 38141

RUBY R. WHARTON