IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS
_____

| | |
|---|---|
| In the Matter of the Complaint of ) | |
| **Wepfer Marine, inc., as Owner Pro Hac Vice** ) | |
| **Of the M/V RICKY ROBINSON,** ) | Case No.: 2:18-mc-00001 |
| **Official No. 572484, for Exoneration from** ) | |
| **or Limitation of Liability** ) | |
| ) | |
| ) | |

_____

## NOTICE OF LIMITED APPEARANCE
_____

COMES NOW the law firm of Horne and Wells, PLLC, and attorneys Aaron A. Neglia and Murray B. Wells and give of their Limited Appearance on behalf of Defendant/Claimant, Kimberly Newsome on behalf of the Estate of Anqavius Jamison. This appearance is expressly for the limited purpose of Moving to Dismiss the instant action for the reasons outlined in the contemporaneously filed Motion to Dismiss. This appearance is not intended to confer or otherwise ratify jurisdiction for the underlying claims to be brought in this matter. Counsel respectfully requests that they be notified of any and all filings and notices in the above-captioned matter, as well as copied on all correspondence to and from counsel in this matter.

Respectfully Submitted,

**HORNE & WELLS, PLLC**

/s/ Aaron A. Neglia
Aaron A. Neglia (BPR# 33816)

Murray B. Wells (BPR#21749)
*Attorney for Plaintiffs*
81 Monroe Avenue – Suite 400
Memphis, Tennessee 38103
(901) 507-2521 – Phone
(901) 507-1791 – Facsimile
neglia@hornewells.com - Email

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 23rd day of January, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system and has been served upon the following via email:

For Wepfer Marine, Inc:

Frank J. Dantone, Jr.
Henderson Dantone PA
241 Main Street
Greenville, MS 38701-4062
Office:  662.378.3400
Facsimile: 662.378.3413
Email:  fjd@hdpa.com

For Ronnita Harris (estate of Keith Pigram):

Ruby Wharton
Andre Wharton
1575 Madison Ave
Memphis, TN 38104

Lee J. Bloomfield
50 North Front St.
Memphis, TN 38103

  /s/ Aaron A. Neglia
  Aaron A. Neglia