IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**In the Matter of the Complaint of**
**Wepfer Marine, Inc., as Owner** *Pro Hac Vice*
**of the M/V RICKY ROBINSON,**
**Official No. 572484, for Exoneration from**
**or Limitation of Liability.**

No. 2:18-cv-02596-JPM-tmp

## MOTION FOR STATUS CONFERENCE

**COMES NOW**, Wepfer Marine, Inc., as Owner *pro hac vice* of the M/V RICKY ROBINSON, Official No. 572484, by and through their counsel, and would file this, its Motion for Status Conference, and would state unto the Court, as follows:

1. On or about March 15, 2019, the Court issued a setting letter, setting the case for a jury trial on Monday, June 22, 2020 at 9:30 a.m., before Judge Jon Phipps McCalla.

2. Prior to the filing of the setting letter, the Court held a status conference with all parties to discuss the status of the case. At that time, the Scheduling Order was agreed to; however, since the only proceeding before the Court was a limitation action, the trial setting should not have been set as a jury trial.

3. Counsel for Wepfer Marine, Inc., has conferred with all parties, and all are in agreement that a brief status conference with the Court will be helpful to modify the existing Scheduling Order to reflect the trial would be a non-jury trial.

**WHEREFORE, PREMISES CONSIDERED**, Petitioner, Wepfer Marine, Inc., on behalf of itself, and the other parties, request a brief status conference to discuss the modification of the setting letter.

**RESPECTFULLY SUBMITTED**, this the 14th day of May, 2019.

        s/Frank J. Dantone
**FRANK J. DANTONE, BPR 28920**
**HENDERSON DANTONE, P.A.**
P.O. Box 778
Greenville, MS 38702
Telephone No. (662) 378-3400
Facsimile No. (662) 378-3413
Email: fjd@hdpa.com

Attorney for Wepfer Marine, LLC

## CERTIFICATE OF SERVICE

I, Frank J. Dantone, attorney for Petitioner, do hereby certify that on May 14, 2019, I electronically filed this document through the ECF system, which will send a notice of electronic filing to the following:

Andre' C. Wharton, Esq.
*The Wharton Law Firm*

Russell B. Jordan, Esq.
*Morgan & Morgan*

Michael A. Katzman, Esq.
*Wagerman Katzman*

S. Reed Morgan, Esq.
*The Carlson Law Firm*

Jeff Bloomfield, Esq.
*Godwin, Morris, Laurenzi*
   *& Bloomfield, P.C.*

Murray B. Wells, Esq.
Aaron A. Neglia, Esq.
*Horne & Wells, PLLC*

Ronald W. Kim, Esq.
*Kim and Associates*

        s/Frank J. Dantone