IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**In the Matter of the Complaint of**
**Wepfer Marine, Inc., as Owner** *Pro Hac Vice*
**of the M/V RICKY ROBINSON,**
**Official No. 572484, for Exoneration from**
**or Limitation of Liability.**

**Civil Action No.  2:18-cv-02596**

## NOTICE OF SETTLEMENT

**COME NOW**, the parties in the above-styled matter, by and through their respective

undersigned counsel, and advises the Court that this matter has been settled, and pending the

execution of the Release, and a motion dismissing the matter styled *Natasha Gibson, as Next Friend*

*of Minor Children, IH, KH, II, and EH (minor children) v. Wepfer Marine, Inc.*, Civil Action No.

2:18-cv-2004 (filed in this Court), a Motion of Dismissal with prejudice will be filed, pending the

Court's approval of the minors' settlement.

**Dated**, this the 13th day of August, 2019.

s/Frank J. Dantone
**FRANK J. DANTONE, BPR 28920**
**HENDERSON DANTONE, P.A.**
241 Main St. (38701)
P.O. Box 778
Greenville, MS 38702
Telephone No. (662) 378-3400
Facsimile No. (662) 378-3413
Email: fjd@hdpa.com

Attorney for Wepfer Marine, Inc.

s/Andre' C. Wharton
**ANDRE' C. WHARTON, BPR #22588**
*The Wharton Law Firm*
1575 Madison Avenue
The Wharton Building
Memphis, TN 38104

s/Lee J. Bloomfield
**LEE J. BLOOMFIELD, BPR #8851**
*Godwin, Morris, Laurenzi*
  *& Bloomfield, P.C.*
50 North Front St., Suite 800
Memphis, TN 38103

s/S. Reed Morgan
**S. REED MORGAN, BPR #**
*The Carlson Law Firm*
100 E. Central Texas Expy
Killeen, TX 76541

s/Aaron A. Neglia
**MURRAY B. WELLS, BPR #21749**
**AARON A. NEGLIA, BPR #33816**
*Horne & Wells, PLLC*
81 Monroe Ave., Ste. 400
Businessmen's Club
Memphis, TN 38103

s/Russell B. Jordan
**RUSSELL B. JORDAN, BPR #025493**
*Morgan & Morgan*
One Commerce Square, 26th Floor
Memphis, TN 38103

s/Ronald W. Kim
**RONALD W. KIM, BPR #009060**
*Kim and Associates*
262 German Oak Drive
Cordova, TN 38018

s/Michael A. Katzman
**MICHAEL A. KATZMAN, BPR #028088**
*Wagerman Katzman*
200 Jefferson Ave., Ste. 1313
Memphis, TN 38103