# UNITED STATES DISTRICT COURT

__WESTERN__   DISTRICT OF   __TENNESSEE__

Wepfer Marine, Inc.

V.

Ronnita Harris, Natasha Gibson, Lakeisha Agnew

## EXHIBIT AND WITNESS LIST

Case Number: 2:18cv02596-JPM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY(S) | DEFENDANT'S ATTORNEY(S) |
|---|---|---|
| JON PHIPPS McCALLA | Frank Dantone | Lee Bloomfield, Andre Wharton, Michael Katzman, Ronald Kim, Russell Jordan |
| PROCEEDING/DATE: 9/11/2019 - Minor Settlement Hearing | COURT REPORTER Traci Walker | COURTROOM DEPUTY Jeff Sample |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/11/2019 | √ | √ | Photo of M/V Ricky Robinson |
| 2 | | | √ | √ | Sketch of boat |
| 3 | | | √ | √ | Event Detail |
| 4 | | | √ | √ | Affidavits (John Sapp, Warren Couples, Chris Owery, Chris Nunes, Jarvis Smith, Billy Tackett, Dani |
| | | | | | |
| | | | | | |
| | | | | | s/Jeff Sample 9/11/2019 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages