# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

___

In the Matter of the Complaint of
Wepfer Marine, Inc., as Owner *Pro Hac Vice*
of the M/V RICKY ROBINSON,                         Case No. 2:18-cv-2596-JPM-tmp
Official No. 572484, for Exoneration from or
Limitation of Liability.

___

## JUDGMENT
___

**JUDGMENT BY COURT.**  This action having come before the Court:

Following a Hearing on the Parties' Joint Motion for Entry of an Order Approving Mediated Compromise and Settlement of a Wrongful Death Claim, Approving of Attorney Fee, Costs, and Final Order of Dismissal ("Settlement") (ECF No. 67), wherein the five minor children of the decedent, their two respective mothers, the Administratrix of the Estate, attorneys for Claimants and Defendants, and CEO of Defendant corporation were present, the Court approved the Minors' Settlement, determining that it is fair and reasonable, and in the best interest of the minor children. (ECF No. 75.)  Pursuant to the Settlement and the request of the parties, this Judgement is entered. All other proceedings as to the Settlement, including distribution of proceeds, will be addressed in proceedings before the Shelby County Probate Court.

The court approved the total settlement amount, including attorney's fees and costs.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that: in accordance with the Approved Motion for Minors' Settlement, all matters before this court have been resolved, this action is DISMISSED WITH PREJUDICE.

**APPROVED:**

  /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE


  September 12, 2019
Date